```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

JOSE GUADALUPE SOLARZANO                                    PLAINTIFF

      v.                Civil No. 08-5111

STATE OF ARKANSAS, and
THE BENTON COUNTY SHERIFFS
DEPARTMENT                                                  DEFENDANT

### O R D E R

Now on this 16th day of May, 2008, the Court, being advised by the attached letter from plaintiff's counsel that this case is now moot, finds that it should be, and hereby is, **dismissed**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**